# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

JORGE E. RODRIGUEZ

                PLAINTIFF(S)

      v.

DISKOLAB, LLC,

CASE NUMBER
   0:19−cv−60060−FAM

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

        DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Diskolab, LLC**

as of course, on the date March 20, 2019.

      **Angela E. Noble**
      CLERK OF COURT

      By  /s/ *Lynda Brown*
      Deputy Clerk

cc:  Judge Federico A. Moreno
     Jorge E. Rodriguez